FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 02 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:10CR 00286 JLH |
| ) | |
| vs. ) | |
| ) | 18 U.S.C. § 2 |
| CHRISTOPHER PAUL DERCOLA; ERIC ) | 21 U.S.C. § 841(a)(1), (b)(1)(A) |
| LEE CARTER; OTIS SCRIVEN; HENRY ) | 21 U.S.C. § 846 |
| WORKS; QUANTERRIOUS CAMPBELL; ) | 18 U.S.C. § 3013(a)(2) |
| and VATRINA LASHAWN PERRY ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT I

At some time before May 11, 2009, through on or about May 12, 2009, in the Eastern District of Arkansas and elsewhere, the defendants,

CHRISTOPHER PAUL DERCOLA;
ERIC LEE CARTER;
OTIS SCRIVEN;
HENRY WORKS;
QUANTERRIOUS CAMPBELL;
and VATRINA LASHAWN PERRY

knowingly and intentionally conspired and agreed together to possess with intent to distribute a mixture and substance containing more than 1000 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about May 11, 2009, in the Eastern District of Arkansas, the defendants,

CHRISTOPHER PAUL DERCOLA and ERIC LEE CARTER

aiding and abetting one another, knowingly and intentionally possessed with intent to distribute a mixture and substance containing more than 1000 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

[End of Text. Signature page attached.]