AO 83 (Rev. 01/09) Summons in a Criminal Case

Case 4:10-cr-00286-JLH   Document 5   Filed 11/16/10   Page 1 of 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 16 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **Henry Works** | ) | Case No. 4:10CR00286-04 JLH |
| | ) | |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of Court

| Place: Richard Sheppard Arnold United States Courthouse 500 W Capitol Avenue Little Rock, Arkansas 72201 **Before Judge H. David Young** | Courtroom No.: **2B** |
|---|---|
| | Date and Time: **11/30/2010, 10:00 a.m.** |

This offense is briefly described as follows: **Conspiracy to Possess with Intent to Distribute Marijuana**, as further explained in the attached documents.

Date: November 3, 2010

*Issuing officer's signature*

**JAMES W. McCORMACK, CLERK**
*Printed name and title*

---

### Proof of Service

This summons was received by me on *(date)* 11/5/2010 .

[ ] I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

[X] On *(date)* 11/5/2010 , I left the summons at the defendant's residence or usual place of abode with *(name)* LATOSHA FACYSON , a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

[ ] The summons was returned unexecuted because _____ .

I declare under penalty of perjury that this information is true.

Date returned: 11/5/2010

*Server's signature* CIDUSM

Randy Key CIDUSM
*Printed name and title*

Remarks: