# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                            PLAINTIFF

v.                   Case No. 4:10CR00286-04 JLH

HENRY WORKS                                              DEFENDANT

## **ORDER**

Steven H. Sadow has filed an application for special and limited appearance *pro hac vice* on behalf of Henry Works, designating James W. Wyatt of Montgomery, Adams & Wyatt, PLC, as local counsel. The motion is GRANTED. Document #3. Steven H. Sadow is hereby admitted to appear before this Court *pro hac vice* as co-counsel in this action for Henry Works.

IT IS SO ORDERED this 23rd day of November, 2010.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE