IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 4:10-CR-00286-JLH |
| : | |
| HENRY WORKS, : | |
| : | |
| Defendant. : | |

## DEFENDANT WORKS' RESPONSE TO MOTION FOR CONTINUANCE

Defendant Works, through undersigned counsel, has not objection to the requested continuance filed by co-defendant Carter [Document 79].

                                          Respectfully submitted,

                                          */s/ Steven H. Sadow*
                                          STEVEN H. SADOW
                                          Georgia Bar No. 622075

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
(404) 577-1400

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to all parties of record.

                                          */s/ Steven H. Sadow*
                                          STEVEN H. SADOW