IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

v.                          **Case No. 4:10-cr-00286-04 KGB**

**HENRY WORKS**                                                                          **DEFENDANT**

**ORDER**

Pending before the Court is defendant Henry Works's *pro se* motion for early termination of supervised release (Dkt. No. 206). The government opposes the motion (Dkt. No. 209). The Court has conferred with counsel informally, and the government does not request a hearing on this motion. For the following reasons, the Court grants the motion for early termination of supervised release (Dkt. No. 206).

On September 22, 2011, Mr. Works plead guilty to conspiracy to possess with intent to distribute a mixture and substance containing more than 1,000 kilograms of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A) (Dkt. Nos. 101-103). The Court sentenced Mr. Works on March 23, 2012, to 120 months of imprisonment, five years of supervised release, and a $100.00 special penalty assessment (Dkt. Nos. 156, 161).[1]

Mr. Works's supervision commenced on July 12, 2019, in the Middle District of Florida. The United States Probation Office does not oppose Mr. Works's request for early termination of supervision under the circumstances of his case. The United States Probation Office advises that Mr. Works has completed more than the minimum term of supervision to request early termination and demonstrates overall progress in meeting supervision objectives. The United States Probation

---

[1] The Honorable J. Leon Holmes received Mr. Works's plea and sentenced him. After Judge Holmes's retirement, this case was reassigned (Dkt. No. 204).

Office also confirms that, as of the date of his motion, Mr. Works had not violated the terms of his supervision since supervision began, demonstrated the ability to self-manage lawfully beyond the period of supervision, was in substantial compliance with all conditions of supervision, engaged in appropriate prosocial activities, and received sufficient prosocial support to remain lawful well beyond the period of supervision.

However, in its response, the government opposes the request (Dkt. No. 209).  The government asserts that Mr. Works does not explain why the early termination of supervised release would serve the interest of justice (*Id.*, at 3).  He does not cite an undue hardship or a change in circumstance to justify early termination, according to the government.  Further, the government argues that Congress mandated the five-year term of supervised release and that early termination in Mr. Works's case is not warranted (*Id.*, at 4).

Pursuant to 18 U.S.C. § 3583(e), the Court may terminate a term of supervised release where, after consideration of both the Federal Rules of Criminal Procedure and the appropriate factors, the Court concludes that such action is warranted by the conduct of the defendant and is in the interest of justice.  As he has served more than one year of supervised release, Mr. Works is eligible for early termination of the remainder of his supervised release under 18 U.S.C. § 3583(e).  Mere compliance with the terms of supervised release does not justify early termination because compliance is expected.

Here, Mr. Works has made substantial progress such that the interests of justice support early termination at this point.  While incarcerated, Mr. Works completed rehabilitation and educational programming.  Since his release, he has maintained full-time employment and custody of his 15-year-old son, along with successfully completing the requirements of supervision.  Further, the United States Probation Office does not oppose the request, despite the government's

position. Therefore, this Court grants Mr. Works's motion for early termination of supervised release (Dkt. No. 206).

It is so ordered this 7th day of January, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge